Before I go on, before we draw our vote, let me have a few words of suggestion so that as people may engage in the card for the next six weeks in Congress, it's not a bad idea. What we do today, I think, is we're going to have to get into the pre-constitutional agenda. We just need to be able to manage it in the interim on the future. So, we're going to be a little longer in the June 5th period. But until then, we're still standing in the next six weeks for the next argument. Specifically, what we're talking about is that the individual cases, when an individual commits a prior federal drug trafficking offense, that gives them the benefit of six weeks of release. Mr. Sanchez would have to spend $80 to purchase 2.5 grams of cocaine. I just want to make sure I'm clear. He would purchase 2.5 grams of cocaine as a testimony on your own. And, as I understand, drug trafficking, drug trafficking is to deliver what you think, whatever you think, of the post-trafficking materials and give you something that you can't think of yourself. It is to deliver as well as see if you can identify yourself as a trafficker. So, you can do this on Amazon Spain. It uses possession for sale as either buying or selling on Amazon. The fact of the matter is, as you know, if you're in possession of it, as you can see what's going on, the possession for sale, and the reason why it's for sale on Amazon is because when it's sold out, what's it called? It's at 315 kilograms. So, we're going to go to the next slide. Page 45. I'm going to go through each one of them. I don't want to go through every one of them. I don't want to get into it. But, at any given point, in the sentence, it's usually 300 grams. Page 45. The threshold there is 5,000 a lot. It's a 700-digit number. It's a question that is from Amazon Spain. And that's what the record came in. Page 45. It requires, which is what the first page is, the threshold of a transaction. That means it's more than 5,000. It's not a discount. It's a premium. It's not an actual fee. It's actually just 3,000. And it all leads to a basis for selling it because, for example, you should have a basis for selling it. Page 45. I think there's an argument that could be made that those are analogs of fentanyl which is an analog of fentanyl which is
judges: W. Fletcher, Christen, Friedland